Robert C. Weems (SBN 148156)
WEEMS LAW OFFICES
526 Third Street, Ste. A-2
San Rafael, CA 94901
Ph: 415.881.7653
Fx: 866.610.1430
Email: rcweems@weemslawoffices.com

Attorney for Plaintiff,
DEBRA JEAN FRAZIER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA JEAN FRAZIER,<br><br>      Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>      Defendant. | Case 2:24-cv-01781-CKD<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

      Subject to the approval and any further orders of the Court, the parties, by and through counsel of record, stipulate and agree that the procedural order for Social Security cases in this action [ECF No. 5] should be modified. Plaintiff's time to move for summary judgment should be extended from October 21, 2024 to November 30, 2024, all other deadlines to be determined by reference to the Court's procedural order, and that good cause supports the extension of time.

      This is the parties' joint request for modification of the scheduling order. Good cause supporting the extension of the filing deadline is the parties are engaged in a good faith settlement.

      This request is made by the parties in good faith, without dilatory motive, and not for purposes of undue delay or to prejudice the interest of any party.

SO STIPULATED AND AGREED, October 22, 2024:

| For Plaintiff: | | For Defendant: |
|---|---|---|
| WEEMS LAW OFFICES | | ISMAIL J. RAMSEY, <br>   United States Attorney <br> MATTHEW W. PILE, <br>   Assoc. Gen.Counsel, Soc. Sec. Admin. <br>   Office of Prog. Litigation, Office 7 <br> JUSTIN L. MARTIN <br>   Special Assistant U.S. Attorney |
| */s/Robert C. Weems* <br> Robert C. Weems, <br> Attorney for Plaintiff | By: | */s/Justin L. Martin* <br> Justin L. Martin, <br> Special Assistant United States Attorney <br> and Attorney for the Defendant <br> (per email authorization) |

**SO ORDERED.**

Dated:  October 22, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE