PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
JUSTIN L. MARTIN, Missouri State Bar No. 62255
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235-6401
Telephone: (206) 615-3735
Email: Justin.L.Martin@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DEBRA JEAN FRAZIER,<br><br>    Plaintiff,<br><br>    v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 2:24-cv-01781-CKD<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER** |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that this action be remanded for further administrative action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four. On remand, the Appeals Council will instruct the administrative law judge (ALJ) to reevaluate the medical opinions and prior administrative findings, including the opinion of Michelle Mercurio, Ph.D.; reevaluate Plaintiff's residual functional capacity; offer Plaintiff an opportunity for a hearing, and issue a new decision. The parties further request that

the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

DATE:  October 24, 2024        /s/ Robert Weems*
                               ROBERT WEEMS
                               Attorney for Plaintiff
                               *Authorized via e-mail on October 24, 2024

                               PHILLIP A. TALBERT
                               United States Attorney

                               MATHEW W. PILE
                               Associate General Counsel
                               Office of Program Litigation, Office 7

DATE: October 24, 2024         By: /s/ *Justin L. Martin*
                               JUSTIN L. MARTIN
                               Special Assistant United States Attorney
                               Office of Program Litigation, Office 7

                               Attorneys for Defendant

## ORDER

Based upon the parties' stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment, and for cause shown, IT IS ORDERED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four. On remand, the Appeals Council will remand the case to an administrative law judge for a new decision in accordance with the parties' Stipulation.

Dated:  October 29, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE